**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| **Darren Kuykendall,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **No.:**  6:26-cv-00795-DCC-MHC |
| | ) |
| **City of Simpsonville,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant hereby gives Notice of Removal of the above-captioned action to the United States District Court for the District of South Carolina, Greenville Division, from the Court of Common Pleas of Greenville County, State of South Carolina (Docket No.  2026CP2300405), pursuant to 28 U.S.C. § 1441(a) and (b) and § 1446.  Defendant has attached, as Exhibit 1, copies of all process, pleadings, and orders served upon Defendant in said action and further show the Court:

1.    The above-captioned action was commenced in the Court of Common Pleas of Greenville County, State of South Carolina, under the name and style:  *Darren Kuykendall v. City of Simpsonville*  2026CP2300405.

2.    This is a civil action of which the Court has original jurisdiction pursuant to the federal question provisions of 28 U.S.C. § 1331.  The Complaint alleges claims under the Age Discrimination in Employment Act 29 USC § 621 *et. seq.*

3.  The action was filed on January 21, 2026, and the Summons and Complaint were served on Defendant no earlier than February 2, 2026.  In accordance with the

requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the service of the Summons and Complaint on Defendant.

4.  Defendant hereby gives written notice of this Notice of Removal to plaintiff and files a copy of this Notice of Removal with the Clerk of Court in the Court of Common Pleas of Greenville County, State of South Carolina.

Respectfully submitted,

MALONE, THOMPSON, SUMMERS & OTT

_____
/s/Charles F. Thompson, Jr. (05969)

Lake Summers
Michael D. Malone
Malone, Thompson, Summers & Ott LLC
Attorneys for Defendants

339 Heyward Street
Columbia, South Carolina 29201
(803) 254-3300

Dated this 25th day of February 2026

2